# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

### PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Gerald Watkins**
Name under which you were convicted

**203994**
Your prison number

CIVIL ACTION NO. **17-CV-311-KD-MU**
(To be supplied by Clerk of Court)

vs. **Corizon Health, Inc And Dr. Barber, Both In Their Individual Capacity**
Name of Defendant(s)

**GT, Holman C.F. Holman 3700 Atmore, Alabama 36503**
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. <u>PREVIOUS LAWSUITS</u>.

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

3

II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: __Holman C.F.__

B. Date it occurred: __6-20-2017, That Date Back to 10-27-16__

C. Is there a prisoner grievance procedure in this institution? __yes__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

E. If your answer is YES:

 1. What steps did you take? __Medical Grievance Filed,__

 2. What was the result? __Was Told That The Medical Issue was at It's worse, But No Other Treatment, As were ordered.__

F. If your answer is NO, explain why not: __—X—X—X—__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Plaintiff's Kidney had Started Giving out Serious Pain And other Conditions, Such As, wouldn't allow the Plaintiff To urinate when Needed To, That would last for 3 To 4 Days. This Started on 10-27-2016, which The Plaintiff was sent out, To Go And Get X-Rays. Once, ~~[redacted]~~ (The Plaintiff was Placed on medications/Drugs That caused very Badful And Painful Side effects, To which Dr. Barber Noticed That The Drugs Given, only caused Severe And Irreversible Side effects, And Stated In 2016, That The Plaintiff Needs Treatment, That Holmen Health Care unit Do Not Have, That The Plaintiff Needs To Be Sent To Another facility)...

4

ON June-20-2017, The Plaintiff Still Being at Holman, And Still were Being asked By other Doctor's, To Take The Only available Medication, as were Stated By Doctor P. at Holman on The Above Date, That The Plaintiff's Conditions Is Seriously worse and as soon as He could, He would Get The Plaintiff The Help Thats Needed,.

This Is Said To Be The Help That Defendant Barber, Refered To In October, of 2016 That The Plaintiff's Condition Is Untreatable at Holman's Health Care Unit, That The Plaintiff Needed To Be Sent To another Prison,.

Facts: Both Defendants Doctor Barber, And Corizon Health, who's Records offered for 9 Months That The Plaintiff's Kidney were In Need of Treatment That Holman Medical Unit Does Not Provide, And Delaied Sending Medical Order's or Requests To The Holman Prison Warden, Giving The Medical Reason's why The Plaintiff Should Be

4A

Sent To another Much needed Prison For The Medical Care Required. Under The Subjective element, The Plaintiff could Show That The Defendants Knew of The Condition and did Not Respond To It In a Reasonable Manner, Farmer vs. Brennan, 511 U.S. 825 (1994) Moreover, The Defendants Actions Were Deliberate Indifference To a Serious Medical Need That Caused The Plaintiff's Condition To Worsen, In violation of The Eighth Amendment, The Eighth Amendment Protects Prisonee's Rights To Medical Care guaranteed under The United States Constitution, The Supreme court Explained That This is Because An Inmate Must Rely on Prison authorities To Treat His/her Medical Needs, If The Authorities Fail To do So, Those Needs Will Not Be Met, Estelle vs. Gamble, 429 U.S. 97, 103 (1976). Under The Objective element, The Court Herein Plaintiff's Gerald Watkins case The court Should Notice That The Kidney Condition That's

4B

ongoing, and going-without its compelling proper treatment, has seriously affected the Plaintiffs health and safety, where the Defendants Deliberate Indifference has caused the kidney condition to **worsen**, to which the Holman's new Doctor, Dr. P. has **Stated**: That he will seek out the help for Plaintiff Mr. Watkins as soon as he could. The new Doctor, Dr. P. Noticed the same compelling treatment as Dr. Barber did, However, Dr. Barber failed to take the necessary Step's Required. Those facts supports that the Defendants failure to take those compelling Step's to seek out the Plaintiff's Placement at the proper facility for kidney treatment, has resulted in further significant injury **and** the unnecessary and wanton infliction of pain. Estelle, 429 U.S. at 104; Jett v. Pennerr, 439 F.3d 1091, 1096 (9th. Cir. 2006)

A-C

The Plaintiff seek from the Defendants for their cruel and unusual punishment by their shown deliberate indifference to Plaintiffs medical need, who Defendants also were acting under color of state law at the time of the violation, and is liable to properly treat the Plaintiff, and liable to pay to the Plaintiff for the further significant injury and the **unnecessary** and wanton infliction of pain. **Plaintiff Seeks** from Defendant CORIZON HEALTH INC. Compensatory Damages in the amount of $25,000 and Punitive Damages in the amount of $25,000 and Mental Damages in the amount of $25,000

Plaintiff seeks from Defendant BARBER Compensatory Damages in the amount of $25,000 and Punitive Damages in the amount of $25,000 and Mental Damages in the amount of $25,000

A-D

III. PARTIES.

A. Plaintiff (Your name/AIS): Gerald Watkins #303994

   Your present address: Holman 3700 Atmore, Al. 36503

B. Defendant(s):

1. Defendant (full name) Ms. Barber is employed as Doctor at Holman.

   His/her present address is Holman C.F. Holman 3700 Atmore, Al. 36503

   (a) Claim against this defendant: Due Care, For Failing To Give Notice To Holman Warden, To Send The Prisoner To Another Prison For Medical Reasons Of Serious Need Of Treatment

   (b) Supporting facts (Include date/location of incident):

   At Holman Prison on 10-27-2016 Dr. Barber, Noticed That Plaintiff's Condition With His Kidney Cannot Be Properly Treated at Holman, But Failed To Act On The Matter!..

2. Defendant (full name) Corizon Health Inc. is employed as employer at Holman Prison.

   His/her present address is Holman 3700 Atmore, Al. 36503.

   (a) Claim against this defendant: Due care: Allowing Medical Delay After It Was Reported Through Many Medical Grievance.

   (b) Supporting facts (Include date/location of incident):

   Through Medical Grievance at Holman, it Put The Defendant on Clear Notice That The Plaintiff No longer Should Be Delayed Sent From Holman For Proper Medical Treatment Although Test Showed That Condition had Worsen

3. Defendant (full name) _____ is employed as _____

at _____.

   His/her present address is _____.

(a) Claim against this defendant: _____

_____

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

_____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: **First Degree Murder**,

_____

2. When were you convicted? **12-24-2001**

3. What is the term of your sentence? **Life Sentence**

4. When did you start serving this sentence? **12-24-2001**

5. Do you have any other convictions which form the basis of a future sentence?
Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? **99/99/9999**

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas  yes( ) no( )          yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Pay To The Plaintiff The Reasonable Amount ordered By The Court, And order That Plaintiff Receives His Eighth Amendment guaranteed Medical Treatment

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

6-27-2017
Date

Gerald Watkins
(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700 Atmore, AL. 36503
Current Mailing Address

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Gerald Watkins
AIS# 203994
Bed # M-12
Holman C.F.
Holman 3700
Atmore, Al. 3 / 3

"... correspondence is forwarded from an Alabama ... Prison. The contents have not been evaluated, and ... ADOC is not responsible for the substance or content of the enclosed communication."



United States District Court
Southern District of Alabama
Clerk's Office
113 St. Joseph Street
Mobile, Alabama 36602