IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD WATKINS, #203994,<br>　　Plaintiff, | : | |
| v. | : | CIVIL ACTION 1:17-00311-KD-MU |
| MS. BARBER, *et al.*,<br>　　Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 26, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's case is **DISMISSED** without prejudice for failure to prosecute and comply with the Court's order.

**DONE** and **ORDERED** this the **17th** day of **August 2018.**

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**